# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

132630

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIP CUSTOMS BROKERAGE SERVICES,
INC., INTERNATIONAL VEHICLE
IMPORTERS, INC., WOLVERINE AUTO
PURCHASING, INC., ELECTRONIC
TECHNOLOGY CONVERSIONS, INC.,
INSTRUMENTATION TECHNOLOGIES, INC.,
and ONLINE SPEEDOMETER, INC.,
        Plaintiffs,

and

JOHNNY COOPER,
        Plaintiff/Counter-Defendant-
        Appellee,

v

ADESA IMPORTATION SERVICES, INC.,
and ADESA CORPORATION,
        Defendants/Counter-Plaintiffs-
        Appellants,

and

BRIAN J. WARNER,
        Defendant/Counter-Plaintiff.

SC: 132630
COA: 259386
Genesee CC: 02-072517-CK

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

_____
Clerk

s1016